Bethlehem Steel Company *v.* Unemployment
Compensation Board of Review,
Appellant.
Rusynko Unemployment Compensation Case.

Argued November 14, 1960. Before JONES, C. J.,
BELL, MUSMANNO, JONES, BOK and EAGEN, JJ.

*Sidney G. Handler,* for employe, appellant.

*David C. Harrison,* Deputy Attorney General, with
him *Sydney Reuben,* Assistant Attorney General, and
*Anne X. Alpern,* Attorney General, for Unemployment
Compensation Board of Review, appellant.

*William H. Wood,* for employer, appellee.

OPINION PER CURIAM, January 4, 1961:
The court being evenly divided on the merits of
this appeal, the order of the Superior Court (reported
at 191 Pa. Superior Ct. 434), is affirmed.